Abel Acosta, Clerk
Court of Criminal appeals
Surpreme Court Bldg,
201 W. 14th st. Rm. 106          Date 9-9-16
    P.O. Box 12308

No. 03-15-00544-CR
In The
Court of Criminal appeals
Austin, Tx

James Ray Parker Request a motion to be Granted.
Rules of Appellate Procedure Rule 2. Suspension
of Rules. Please make copys and forward to all Identity
of Parties. Unit is on Lock down Shortage of Paper, and
Legal materials.

James Ray Parker
Petitoner, Pro Se
#2020209
W.P. Clements Jr.
9610 S 9601 Spur 591
Amarillo, TX 79107

RECEIVED IN                    FILED IN
COURT OF CRIMINAL APPEALS      COURT OF CRIMINAL APPEALS

SEP 16 2016                    SEP 16 2016

Abel Acosta, Clerk             Abel Acosta, Clerk

RECEIVED
SEP 16 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Abel Acosta, Clerk
Court of Criminal appeals
Supreme Court Bldg.
201 W. 14th St. Rm 106
~~P.O. 12308~~ P.O. Box 12308          Date: 9-9-16
Capitol Station
Austin, TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2016

Abel Acosta, Clerk

Dear Clerk:

Enclosed please find my Pro Se Defendant's motion for
extension of Time to file Petition for Discretionary review.
Please file This motion and bring it to The attention of
The Court.

Please date Stamp This letter and return it to me at my
address shown below.

I also request that you notify me of The Courts
ruling on my motion.

Sincerly,
James Ray Parker
# 2020209
W. P. Clements Jr.
9601 Spur 591
Amarillo, TX 79107

Court of appeals No:
03-15-00544-CR

Trial Court case No:
B-13-0458-SA

Appellant's motion for rehearing was denied by This
Court on The date Noted. August 22, 2016

No.3

# IN THE
## Court of Criminal appeals
### Austin, TX

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2016

Abel Acosta, Clerk

James Ray Parker - Appellant

V.

The State of Texas - Appellee

Court of appeals Number: 03-15-00544-CR
Trial court Case Number: B-13-0458-SA

in the 119th District Court of
Tom Green County, Texas

first motion for extension of Time to file Petition for Discretionary review.

To The Honorable Judges of The Court of Criminal appeals. comes now, James Ray Parker, Petitioner, and files This motion for an extension of 30 days in which to file a Petition for Discretionary review, in Support of This motion, appellant Shows The Court The following:

I.

The Petitioner Was convicted in The 119th District Court of Tom Green County, Texas of The offense of aggravated assault with a deadly weapon by Threat on family member in cause No. B-13-0458-SA, Styled State of Texas VS. James Ray Parker, The Petitioner appealed to the Court of appeals, Third Supreme Judical District. The case Was affimed on July 8, 2016. Appellants motion for rehearing Was denied by This Court on date Noted, August 22, 2016

## II

The Present deadline for filing The Petition for Discretionary Review is September 21, 2016, The Petitioner has not requested any extension Prior to This Request.

## III.

Petitioner's request for extension is based upon The following facts - unauthorized denial access to legal materials Such as Indigent legal Supply, Lawbook, due to unit Lockdown. Petitioner was not informed of the decision of The Court of appeals in affirming his case until, August 22, 2016. Since that Time Petitioner has been attempting to gain legal representation in This matter. His attorney on The appeal, John E. Sutton, has informed Petitioner that he will not represent him on The Petition for Discretionary review.

Wherefore, Petitioner Prays This Court grant This motion and extend The deadline for filing The Petition for Discretionary review in Case No. B-13-0458-SA. to October 21, 2016

Sincerly,
James Ray Parker
Petitioner, Pro se
Texas Department of Criminal Justice
#2020209
W. P. Clements Jr.
9601 Spur 591
Amarillo, TX 79107

# Certificate of Service

I Certify that a Copy of The ~~full~~ foregoing Pro Se Defendant's motion for extension of Time to file for Discretionary review has been forwarded by U.S. Mail Postage Paid, first Paid, to MR. Jeffrey D. Kyle, Clerk in The Court of appeals of The Third supreme Judical District P.O. Box 12547 Austin, Tx 78711-2547